# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00282-CV

**In re Daisy Wanda Garcia**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Daisy Wanda Garcia has filed a petition for writ of injunction and motion for emergency temporary relief. *See* Tex. Gov't Code § 22.221(a); Tex. R. App. P. 52. In her petition, Garcia asks this Court to enjoin the sale of real property, as ordered by the trial court.[1] Based upon the petition and the record before us, we conclude that Garcia has failed to establish that she has no adequate remedy at law. *See* Tex. R. App. P. 24 (suspension of enforcement of civil judgment pending appeal). Accordingly, we deny Garcia's petition for writ of injunction and motion for emergency temporary relief. *See* Tex. R. App. P. 52.8(a).

_____

Scott K. Field, Justice

Before Justices Puryear, Goodwin, and Field

Filed: May 16, 2014

---

[1] The trial court ordered the sale of the real property in its judgment, signed on April 18, 2014, in cause number D-1-GN-12-002429, 201st District Court of Travis County. Garcia has appealed this judgment, and this Court has assigned cause number 03-14-00267-CV to the appeal.